UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DERRICK ROSS**

    Plaintiff,                        No. C-**05-02592** EDL

    v.                               **ORDER OF CONDITIONAL DISMISSAL**

**GAYLORD INDIA RESTAURANT, et al.**

    Defendants.
_____/

The parties hereto, by their counsel, having advised the Court that they have reached a settlement in this case, and having filed a copy of that settlement agreement with the Court,

IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before January 23, 2006 for the purpose of proceeding with the litigation in the event that Defendants do not pay to Plaintiff the consideration required under the terms of the settlement agreement prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

All hearings on pending motions accordingly are vacated.

IT IS SO ORDERED.

Dated: October 25, 2005

                                                        ELIZABETH D. LAPORTE
                                                        United States Magistrate Judge