PAUL L. REIN (BAR NO. 43053)
JULIE MCLEAN (BAR NO. 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
(510) 832-500
paulrein@reinlawoffice.com

Attorneys for Plaintiff
DERRICK ROSS

GEORGE T. MCDONNELL (BAR NO. 089623)
ALLEN MATKINS LECK GAMBLE & MALLORY LLP
515 South Figueroa Street, Seventh Floor
Los Angeles, California 90071-3398
Phone: (213) 622-5555
Fax: (213) 620-8816
tmcdonnell@allenmatkins.com

Attorneys for Defendants
JMA VENTURES, LLC; JMA PROPERTIES, INC.
COCOA DEVELOPMENT ASSOCIATES LLC

DAVID E. LOVEJOY (BAR NO. 055283)
102 Reed Ranch Road
Tiburon, CA 94920-2025
Phone: (415) 435-8203
Fax: (415) 435-8857
david.lovejoy@sbcglobal.net

Attorneys for Defendant
AJANTA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ROSS,<br><br>        Plaintiff,<br><br>    vs.<br><br>GAYLORD INDIA RESTAURANT; AJANTA CORPORATION; JMA VENTURES, LLC; JMA PROPERTIES, INC.; COCOA DEVELOPMENT ASSOCIATES LLC; and DOES 1-25, Inclusive,<br><br>        Defendants. | Case No. C05-02592 EDL<br><br>STIPULATION OF DISMISSAL AND ORDER THEREON<br><br>F.R.Civ.P. 41(a)(1)<br><br>[Complaint Filed: June 24, 2005] |

Allen Matkins Leck
Gamble & Mallory LLP
attorneys at law

698801.02/LA

STIPULATION RE DISMISSAL

Pursuant to F.R.Civ.P. 41(a)(1) Plaintiff Derrick Ross and Defendants Gaylord India Restaurant and Ajanta Corporation; JMA Ventures, LLC; JMA Properties, Inc.; Cocoa Development Associates LLC, through their attorneys undersigned, stipulate and agree that the above-captioned matter may be dismissed as to all claims and all Defendants, with prejudice. Each party to bear their own costs and attorney's fees.

Dated: November 31, 2005

LAW OFFICES OF PAUL L. REIN

By: _____
PAUL L. REIN
Attorneys for Plaintiff
DERRICK ROSS

Dated: November 30, 2005

By: _____
DAVID E. LOVEJOY
Attorneys for Defendant
AJANTA CORPORATION

Dated: November 4, 2005

ALLEN MATKINS LECK GAMBLE &
MALLORY LLP
GEORGE T. MCDONNELL

By: _____
GEORGE T. MCDONNELL
Attorneys for Defendants
JMA VENTURES, LLC; JMA
PROPERTIES, INC.; COCOA
DEVELOPMENT ASSOCIATES LLC

## ORDER

Pursuant to the Stipulation of the parties, IT IS ORDERED that the above-captioned matter is dismissed as to all claims and all Defendants, with prejudice.

Dated: ~~November 21, 2005~~

February 3, 2006

GRANTED
Judge Elizabeth D. Laporte

_____
United States District Court Judge
Elizabeth D. Laporte